UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  18-80112-CR-MIDDLEBROOKS

Magistrate Judge Brannon

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| MICHAEL CLARENCE ORNELAS and MATTHEW PETRUCCELLI, | ) |
| | ) |
| Defendants. | ) |

**GOVERNMENT'S RESPONSE TO
THE STANDING DISCOVERY ORDER**

The United States hereby files this response to the Standing Discovery Order.  This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16.

A.  1.  There are recorded statements made by the defendants.

Audio/video recordings of meetings and statements made by the defendants will be furnished upon receipt by the FBI.

2.  (O**ral statements**)**:**
The government is aware of  relevant oral statements made by defendants after arrest in response to interrogation by any person then known to the defendant to be a government agent that the government intends to use at trial.  A recording of said oral statement will be included in the audio/video recordings above.

3.  No defendant testified before the Grand Jury.

   4.  The defendant's prior criminal records (NCIC) will be furnished.

   5.  Books, papers, documents, data, photographs, tangible objects, buildings or places, within the government's possession, custody or control, which are material to the preparation of the defendant's defense, or which the government intends to use as evidence at trial to prove its case in chief, or which were obtained from or belong to the defendant, may be inspected at a mutually convenient time at:  the Office of the United States Attorney, 500 S. Australian Ave.  Ste. 400, West Palm Beach, Fl.  Please call the undersigned to set up a date and time that is convenient to both parties.

   6.  There have been no physical or mental examinations or scientific tests or experiments made in connection with this case.

 B.  DEMAND FOR RECIPROCAL DISCOVERY: Pursuant to the Standing Discovery Order, the United States requests the disclosure and production of materials listed in Section (b) of Local Rule 88.10.  This request is also made pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure.

 C.  The government will disclose any information or material which may be favorable on the issues of guilt or punishment within the scope of <u>Brady v. Maryland</u>, 373 U.S. 83 (1963), and <u>United States v. Agurs</u>, 427 U.S. 97 (1976).

 D.  The government will disclose any payments, promises of immunity, leniency, preferential treatment, or other inducements made to prospective government witnesses, within the scope of <u>Giglio v. United States</u>, 405 U.S. 150 (1972), or <u>Napue v. Illinois</u>, 360 U.S. 264 (1959).

 E.  The government will disclose any prior convictions of any alleged co-conspirator, accomplice or informant who will testify for the government at trial.

 F.  No defendant was identified in a lineup, show up, photo array or similar identification proceedings.

G. The government has advised its agents and officers involved in this case to preserve all rough notes.

H. The government will timely advise the defendant of its intent, if any, to introduce at trial extrinsic act evidence pursuant to F.R.E. 404(b). Pursuant to Local Rule 88.10, the notice will be provided regardless of whether the evidence may be used in the case-in-chief, for impeachment or possible rebuttal, and will include the general nature of the evidence.

You are hereby on notice that all evidence made available to you for inspection, as well as all statements disclosed herein or in any future discovery letter, may be offered in the trial of this cause, under F.R.E. 404(b) or otherwise (including the inextricably-intertwined doctrine).

In addition, the government may introduce under Rule 404(b) evidence underlying Michael Clarence Ornelas' past criminal activity that has resulted in arrests and/or convictions.

I. The defendant is not an aggrieved person, as defined in Title 18, United States Code, Section 2510(11), of any relevant electronic surveillance that was authorized pursuant to 18 U.S.C. §2516 and 18 U.S.C §2518 and that has been unsealed in accordance with 18 U.S.C §2518.

J. The government has ordered transcribed the Grand Jury testimony of all witnesses who will testify for the government at the trial of this cause.

K. No contraband is involved in this indictment.

L. The government is not aware of any automobile, vessel, or aircraft allegedly used in the commission of this offense that is presently in the government's possession.

M. The government is not aware of any latent fingerprints or palm prints which have been identified by a government expert as those of the defendant.

N. With respect to defendant Ornelas' request for the disclosure of expert witness summaries (D.E. 10), the government advises that there are no expert witnesses at the present time. Pursuant to Rule 16(b)(1)(C), the government requests reciprocal discovery with respect to any expert witnesses the defendant anticipates calling at trial.

O. The government will make every possible effort in good faith to stipulate to all facts or points of law the truth and existence of which is not contested and the early resolution of which will expedite trial. These stipulations will be discussed at the discovery conference.

The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, <u>Brady</u>, <u>Giglio</u>, <u>Napue</u>, and the obligation to assure a fair trial.

                                        Respectfully submitted,

                                        BENJAMIN G. GREENBERG
                                        ACTING UNITED STATES ATTORNEY

By:  S/N: *Roger H, Stefin*
      Roger H Stefin
      Assistant United States Attorney
      Florida Bar No. 0287334
      500 South Australian Ave., Ste. 400
      West Palm Beach, FL  33401
      Tel: (561) 209-1055
      Fax: (561) 820-8777
      Email: roger.stefin@usdoj.gov

cc:    Special Agent Robert Herbster
       FBI

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 29, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                                        SN: *Roger H. Stefin* _____
                                        Roger H Stefin
                                        Assistant United States Attorney